Name: David J Holdsworth, 4052
Address: 9125 So Monroe Plaza Way #C  Sandy, Utah 84070
Telephone: 801-352-7701
david_holdsworth@hotmail.com

FILED US District Court-UT
JUN 04 '21 AM08:55

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - Northern DIVISION

Gerald Maxfield

Plaintiff,

v.

Louis DeJoy,
Postmaster General,
US Postal Service

Defendant(s).

**COMPLAINT**

Case: 1:21-cv-00081
Assigned To : Shelby, Robert J.
Assign. Date : 6/4/2021
Description: Maxfield v DeJoy

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and appropriate relief is also sought.

## B. PARTIES

1. Name of plaintiff: Gerald L. Maxfield
   Present mailing address: 3337 So 930 West
   Syracuse, Utah 84075-8978

2. Name of first defendant:
Present mailing address or
business location:

Louis DeJoy
Postmaster General
475 L'Enfant Plaza
Washington, D.C. 20260

3. Name of second defendant:
Present mailing address or
business location:

4. Name of third defendant:
Present mailing address or
business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

Salt Lake City
Downtown Station USPS
230 West 200 South
Salt Lake City, Utah 84101

2. The discriminatory acts occurred on or about:

Oct 2019, placed on
(Month, Day, Year) Emergency Placement 10/25/19

3. I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

N/A
(Month, Day, Year)

4. I filed charges with the ~~Equal Employment Opportunity Commission~~ *a formal EEO Complaint* / *US Postal Service* regarding the defendant's discriminatory conduct on or about:

   _11/19/19_
   (Month, Day, Year)

5. The ~~Equal Employment Opportunity Commission~~ *US Postal Service* sent the attached "~~Notice of Right to Sue~~" *Final Agency Decision* which I received on:

   _3-8-2021_
   (Month, Day, Year)

   (Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

   a. _____ Failure to employ me
   b. _____ Failure to promote me
   c. _____ Termination of my employment
   d. _____ Demotion
   e. _____ Denied equal pay/work
   f. _____ Sexual harassment
   g. _____ General harassment
   h. ✓ Other acts (Be specific: Attach an additional sheet if necessary)

   _Placed on Emergency Placement_
   _____
   _____

7. Defendant's conduct is discriminatory with respect to:

   a. ✓ my race         d. _____ my religion
   b. _____ my color    e. _____ my national origin
   c. _____ my sex      f. ✓ my age

8. I believe that the defendant is still committing these acts against me.

   _____ yes    ✓ no

## D. CAUSE OF ACTION

1.  I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

    a. (1) Count I: _Wrongful Discipline_

       (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

    b. (1) Count II: _I was accused of damaging a door ringer/door camera while delivering my route. This was not true but I wasn't talked to – I was just immediately placed on Emergency Placement_

       (2) Supporting Facts: _(Suspension). I didn't know whether I was going to get fired or not. I was kept in the dark. I was eventually allowed to come back to work but lost out on pay and opportunities to work overtime hours and earn overtime pay and younger white, Non black, coworkers have been treated differently and more favorably in similar circumstances._

### E. INJURY

1. How have you been injured by the actions of the defendant(s)?

   _Plaintiff, by being placed on emergency placed lost out on pay and the opportunity to work overtime pay and double time pay, approximately $700 lost in overtime._

### F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

   _- Cancellation of discipline, removal from file_
   _- pay went of lost wages_
   _- court costs and attorneys fees_

---

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at _Sandy Utah_ on _June 2_, 19_2021_.
            (Location)

_____
Signature

H:\prose\vii.gui